# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| BETSY BERKEY | ) CASE NO.: 3:15-cv-00895-JJH |
| Plaintiff, | ) JUDGE JEFFREY J. HEMLICK |
| -vs- | ) **NOTICE OF DISMISSAL** |
| WAL-MART STORES, INC., et al., | ) |
| Defendants. | ) |

Now comes Plaintiff, Betsey Berkey, by and through counsel, and hereby states that the within matter has been resolved with respect to all claims against Defendants. Accordingly, Plaintiff hereby dismisses all her claims against Defendants, **with prejudice**. Each party to bear their own costs.

IT IS SO ORDERED.

s/ James R. Knepp, II
U. S. Magistrate Judge

Respectfully submitted,

/s/ *David R. Grant*

David R. Grant (0065436)
Frank L. Gallucci, III
Plevin & Gallucci Co., L.P.A.
55 Public Square, Suite 2222
Cleveland, OH  44113
Phone:  216.861.0804
Fax:  216.861.5322
Email:  dgrant@pglawyer.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

    I hereby certify that on May 21, 2018, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's system.

/s/ *David R. Grant*
David R. Grant (0065436)